UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARSKEL F. CAUL,<br><br>                    Plaintiff,<br><br>         vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | Case No. 06cv2096 WQH (LSP)<br><br>ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S <u>AMENDED</u> COMPLAINT<br><br>CTRM:    4<br>JUDGE:   Honorable William Q. Hayes |

Having considered Defendant's Ex Parte Application for an Order Extending Time to Respond to Plaintiff's <u>Amended</u> Complaint, and finding the motion meritorious, the Court GRANTS the motion for extension of time and ORDERS under Federal Rule of Civil Procedure 6(b)(1) that the time in which Defendant shall file his answer or responsive pleading in the above-captioned matter is extended until May 30, 2007.

**IT IS SO ORDERED.**

DATED: May 1, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge